No. 81–6074.   ABU-BAKR *v.* KOON ET AL.   C. A. 7th Cir. Certiorari denied.

No. 81–6075.   LONG *v.* SMITH, SUPERINTENDENT, KENTUCKY STATE REFORMATORY.   C. A. 6th Cir.   Certiorari denied.

No. 81–6077.   MCDONALD *v.* GEORGIA KRAFT CO.   Ct. App. Ga.   Certiorari denied.

No. 81–6083.   JURAS *v.* AMAN COLLECTION SERVICE, INC.   Sup. Ct. Mont.   Certiorari denied.

No. 81–6087.   MINAYA *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 81–6088.   CLARK *v.* MAGGIO, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 81–6095.   MATHIS *v.* MONTGOMERY, WARDEN, GEORGIA STATE PRISON.   C. A. 11th Cir.   Certiorari denied.

No. 81–6100.   SKINNER *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–6102.   THORNE *v.* ARKANSAS.   Sup. Ct. Ark. Certiorari denied.

No. 81–6103.   KINCAID *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 81–6105.   CELESTINE *v.* MUNICIPAL CORRECTION INSTITUTION.   C. A. 8th Cir.   Certiorari denied.